IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THEODORE WILLIAM TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| THE KENDALL LAW GROUP PLLC and JOSEPH KENDALL, | ) ) ) ) |
| Defendants. | ) Civil Action No. 3:21-CV-65-C-BN |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, as well as the United States Magistrate Judge's Supplemental Findings, Conclusions, and Recommendation, therein advising that Plaintiff's Complaint should be dismissed for lack of jurisdiction and that Plaintiff's construed Motion for Leave to Amend should be denied.[1]

The Court conducts a *de novo* review of those portions of the Magistrate Judge's report or specified proposed findings or recommendations to which a timely objection is made. 28 U.S.C. § 636(b)(1)(C). Portions of the report or proposed findings or recommendations that are not the subject of a timely objection will be accepted by the Court unless they are clearly erroneous or contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

After due consideration and having conducted a *de novo* review, the Court finds that Plaintiff's objections should be **OVERRULED**. The Court has further conducted an

---

[1] Plaintiff filed objections to the Magistrate Judge's initial Findings, Conclusions, and Recommendation on February 1, 2021. Plaintiff further filed objections to the Magistrate Judge's Supplemental Findings, Conclusions, and Recommendation on March 2, 2021.

independent review of the Magistrate Judge's findings and conclusions, as well as the supplemental findings and conclusions, and finds no error. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Plaintiff's Complaint be dismissed without prejudice for lack of subject matter jurisdiction and that Plaintiff's construed Motion for Leave to Amend be **DENIED**.

SO ORDERED this 8th day of March, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE